United States District Court Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KODY COREY, | ) |
| | ) No. 3:17-cv-05807-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY BERRYHILL, | ) ORDER |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C § 405(g), for further administrative proceedings. The remand is for further administrative proceedings, including a de novo hearing. Upon remand, the administrative law judge (ALJ) will be instructed to obtain evidence from a medical expert, as warranted to address the nature and severity of Plaintiff's impairments, including, but not limited to, gastroparesis and any related impairments. The ALJ will also reevaluate Plaintiff's symptoms, reassess the residual functional capacity, and, if warranted, obtain vocational expert evidence.

///

///

///

ORDER ON STIPULATION - 1
No. 3:17-cv-05807-RAJ

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206-623-0900

Upon proper application, Plaintiff may file a motion for reasonable costs, and attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 27th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ON STIPULATION - 2
No. 3:17-cv-05807-RAJ

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206-623-0900